# Third District Court of Appeal

## State of Florida

Opinion filed March 30, 2016.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D15-84
Lower Tribunal No. 12-35296
_____

**Eladio Gonzalez,**
Appellant,

vs.

**Northwings Accessories Corp., etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marc Schumacher, Judge.

Roderick V. Hannah, P.A., and Roderick V. Hannah (Plantation); Law Office of Pelayo Duran, P.A., and Pelayo M. Duran, for appellant.

Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., and Robert T. Kofman, Bayardo Aleman, and Jorge Freddy Perera, for appellee.

Before EMAS, LOGUE and SCALES, JJ.

PER CURIAM.

Appellant Eladio Gonzalez alleges a wrongful retaliatory termination of his employment by Appellee Northwings Accessories Corporation. The trial court granted summary judgment to Northwings as to Mr. Gonzalez's claims under both the Florida Whistleblower Act and the Florida Civil Rights Act. Based on the record before us, we conclude that the trial court properly determined that Mr. Gonzalez cannot establish that: (i) the grounds for his termination were causally linked to protected activity under these two statutes; and (ii) his employer evidenced a pretextual reason for his termination.

Affirmed.